

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00122-CV

**IN THE INTEREST OF B.B.B.**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2157-CV
Honorable Don Burgess, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are assessed against appellant.

SIGNED July 18, 2018.

Karen Angelini, Justice